AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
3/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ____MMC____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
03/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ____GR____ DEPUTY

UNITED STATES OF AMERICA,
   Plaintiff,

v.

MARVIN CAMPOS CERNA,
   Defendant.

Case No.   2:25-MJ-01669-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Kristina Oh, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of March 7, 2025, in the County of Los Angeles, in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ *Kristina Oh, HSI Special Agent*
Complainant's signature

Kristina Oh, HSI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 20, 2025

[Judge's signature]
Judge's signature

City and state: Los Angeles, California

Hon. Karen L. Stevenson, U.S. Magistrate Judge
Printed name and title

AUSA: MiRi Song (x12262)

**AFFIDAVIT**

I, Kristina Oh, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against Marvin Campos Cerna ("CAMPOS" or "defendant"), charging him with violating Title 8, United States Code, Sections 1326(a), (b)(1), Illegal Alien Found in the United States following Removal.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF SPECIAL AGENT KRISTINA OH

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") in Los Angeles, California. I am currently assigned to HSI Integrated Operations Group in Los Angeles, CA, which is tasked with performing proactive investigations into federal violators of both immigration and customs laws. In this position, I have the authority to investigate immigration violations pursuant to Title 8, United States Code, Section 1357.

4. I have been an HSI SA since January 2023. My training includes approximately six and a half months of academy training at the Federal Law Enforcement Training Center ("FLETC") in Glynco, GA, which included the completion of the Criminal Investigator Training Program and the HSI SA Training Program.

### III. STATEMENT OF PROBABLE CAUSE

5. On March 17, 2025, HSI special agents were conducting checks of Department of Homeland Security ("DHS") law enforcement indices and discovered that CAMPOS was in the custody of the West Hollywood Sheriff's Station after he was arrested on or about March 7, 2025, for violating California Penal Code Section 220(a): Assault with intent to rape; Section 236: False imprisonment; Section 286(a) Sodomy; and Section 207(a): Kidnapping. CAMPOS was released after booking.

6. Following the arrest and booking of individuals arrested for criminal offenses in the United States, their fingerprints are enrolled into a nationwide repository for criminal history records, known as the Interstate Identification Index ("III"). During this booking process, Immigration and Customs Enforcement ("ICE") personnel frequently review fingerprint and biographical data that are submitted and vet that information against Department of Homeland Security ("DHS") law enforcement databases to ascertain if the arrested person is amenable to immigration enforcement action. I have verified that the fingerprint and biographical data from the March 17, 2025 arrest belonged to CAMPOS and correspond to the databases and indices discussed below.

7. HSI conducted checks of CAMPOS's immigration history on its law enforcement databases and discovered that CAMPOS had a previous order of removal from the United States to El Salvador.

8. I retrieved and reviewed immigration and criminal history records contained in DHS law enforcement indices related to CAMPOS. Based on my review of those records, I learned the following:

   a. CAMPOS is a citizen of El Salvador.

   b. On or about September 11, 2019, CAMPOS was ordered removed by an immigration judge and issued an Expedited Removal Order from the United States.

   c. On or about October 29, 2019, CAMPOS was removed from the United States to El Salvador.

9. Based on my review of CAMPOS' criminal history, he has the following convictions:

   a. On or about December 5, 2014, CAMPOS was convicted of California Penal Code Section 245(A)(4):Assault with bodily injury, for which he was sentenced to 6 years in jail.

10. Based on my training and experience, I know that the DHS law enforcement indices track and document each time an alien is deported, removed, or excluded from the United States by Immigration and Customs Enforcement, was deported or excluded by the former Immigration and Naturalization Service, or is granted permission to enter or re-enter the United States. The DHS indices indicated that CAMPOS had not applied for or

obtained permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States. If such permission had been granted to CAMPOS, its record would be retained within these DHS indices.

## IV. CONCLUSION

11. For all the reasons described above, there is probable cause to believe that CAMPOS has committed a violation of Title 8, United States Code, Sections 1326(a), (b)(1), Illegal Alien Found in the United States following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 20th day of
March 2025.

*Karen L. Stevenson*
HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE